# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:19-cr-108 |
| v. ) | |
| ) | Dist. Judge Harry S. Mattice |
| BRIAN BEARD ) | |
| ) | Mag. Judge Christopher H. Steger |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation [Doc. 23] recommending that the Court: (1) accept Defendant's guilty plea to Counts One and Two of the two count Superseding Information; (2) adjudicate Defendant guilty of possession with intent to distribute marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D); (3) adjudicate Defendant guilty of possession of a firearm in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, in violation of 18 U.S.C. 924(c)(1)(A)(i); and (4) order that Defendant remain in custody pending further order of this Court. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 23] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Counts One and Two of the two count Superseding Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of possession with intent to distribute marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(D);

3. Defendant is hereby **ADJUDGED** guilty of possession of a firearm in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, in violation of 18 U.S.C. 924(c)(1)(A)(i);

4. Defendant's sentencing hearing shall take place on **March 27, 2020, at 9:00 a.m.** before the District Judge; and

5. Defendant **SHALL REMAIN** in custody pending further order of this Court.

**SO ORDERED.**

*/s/ Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE